**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: ROBERT J. STRAKA                                         Case Number: 07-71454
781 BAYBERRY DRIVE            SSN-xxx-xx-2101
CARY, IL  60013

                                                                Case filed on:    6/18/2007
                                                                Plan Confirmed on:
                                    U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $5,777.94        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | COSTELLO & COSTELLO PC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ROBERT J. STRAKA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCIAL SERVICES | 6,617.26 | 6,617.26 | 490.00 | 373.90 |
| 002 | MB FINANCIAL BANK NA | 31,897.52 | 31,897.52 | 2,573.46 | 1,284.03 |
| 004 | AMERICAN GENERAL FINANCE | 1,935.35 | 1,935.35 | 479.81 | 0.00 |
| 009 | CHASE BANK USA NA | 128.06 | 128.06 | 63.45 | 0.00 |
| 015 | WELLS FARGO FINANCIAL | 839.93 | 839.93 | 138.81 | 0.00 |
|  | Total Secured | 41,418.12 | 41,418.12 | 3,745.53 | 1,657.93 |
| 001 | AMERICAN GENERAL FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | MB FINANCIAL BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | THE CIT GROUP / SALES FINANCING | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BARRINGTON ORTHOPEDIC SPECIALIST | 1,332.15 | 652.75 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 13,542.73 | 6,635.94 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 2,015.57 | 987.63 | 0.00 | 0.00 |
| 008 | BRUST FUNERAL HOME | 1,037.90 | 508.57 | 0.00 | 0.00 |
| 009 | CHASE BANK USA NA | 269.91 | 132.26 | 0.00 | 0.00 |
| 010 | COLE TAYLOR BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CORPORATE AMERICA CREDIT UNION | 4,986.75 | 2,443.51 | 0.00 | 0.00 |
| 012 | GE CONSUMER FINANCE | 5,370.48 | 2,631.54 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 672.95 | 329.75 | 0.00 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 416.35 | 204.01 | 0.00 | 0.00 |
| 015 | WELLS FARGO FINANCIAL | 369.80 | 181.20 | 0.00 | 0.00 |
| 016 | LEXINGTON HEALTH CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CAPITAL ONE | 1,357.17 | 665.01 | 0.00 | 0.00 |
| 018 | MEDICAL CENTER ANESTHESIA | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | RADIOLOGICAL CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | UNITED CREDIT UNION | 4,955.45 | 2,428.17 | 0.00 | 0.00 |
| 021 | CAPITAL ONE | 621.15 | 304.36 | 0.00 | 0.00 |
| 022 | GE CONSUMER FINANCE | 8,558.49 | 4,193.66 | 0.00 | 0.00 |
|  | Total Unsecured | 45,506.85 | 22,298.36 | 0.00 | 0.00 |
|  | Grand Total: | 86,924.97 | 63,716.48 | 3,745.53 | 1,657.93 |

Total Paid Claimant:     $5,403.46
Trustee Allowance:       $374.48        Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00         discharging the trustee and the trustee's surety from any and all
                                        liablility on account of the within proceedings, and closing the estate,
                                        and for such other relief as is just.  Pursuant to FRBP, I hereby
                                        certify that the subject case has been fully administered.

Report Dated:

                                          /s/ Lydia S. Meyer
                                        Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 04/18/2008        By  /s/Heather M. Fagan